ORDERED.

**Dated: January 16, 2026**

_Jacob A. Brown_
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:　　　　　　　　　　　　　　　　　　　　　　　　Case No.
　　　　　　　　　　　　　　　　　　　　　　　　　　　3:25−bk−02140−JAB
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

Matthew Rende

_____Debtor*_____/

### ORDER STRIKING FOURTH AMENDED CHAPTER 13 PLAN

　THIS CASE came on for consideration, without hearing, of the Fourth Amended Chapter 13 Plan filed January 13, 2026, Doc. No. 71. The Fourth Amended Chapter 13 Plan is deficient as follows:

　　The Amended Plan does not include the signature of the Debtor.

　.

　Accordingly, it is **ORDERED:**

　The Fourth Amended Chapter 13 Plan is stricken without prejudice and with leave to refile after having cured these deficiencies.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.